1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

NEYEMBO MIKANDA,

Case No. C24-1374RSM

10

        Plaintiff,

ORDER OF DISMISSAL

11

        v.

12
13

WALMART CORPORATION,

14

        Defendant.

15

16
       This matter comes before the Court *sua sponte*.  *Pro se* Plaintiff Neyembo Mikanda

17
filed a proposed complaint on July 31, 2024.  Dkt. #1.  In response, the Court mailed him a

18
letter listing the following deficiencies: filing fee not paid and civil cover sheet omitted.  Dkt.

19
#3.  The Court's letter gave a deadline of September 30, 2024, to pay the filing fee or to submit

20
an application to proceed in forma pauperis.  *Id*.  The letter warned that failure to fix these

21
deficiencies could result in dismissal of the action.  *Id*.  This letter was mailed to the address

22
listed by Plaintiff.  *See* Docket.  Plaintiff did not pay the filing fee or submit an application to

23
proceed in forma pauperis by the deadline.  The Court concludes that Plaintiff has failed to

24
respond to the Court's instructions and failed to prosecute this case.

25
26
27
28

ORDER OF DISMISSAL - 1

Accordingly, the Court hereby FINDS and ORDERS that Plaintiff's claims are properly DISMISSED without prejudice for failure to pay the filing fee or to submit an application to proceed in forma pauperis.  This case is CLOSED.

DATED this 9th day of October, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2